UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADM MILLING CO.,<br><br>                  Plaintiff,<br><br>   v.<br><br>COLUMBIA PLATEAU PRODUCERS, L.L.C. d/b/a SHEPHERD'S GRAIN, and GRAIN CRAFT INC.,<br><br>                  Defendants. | NO: 2:20-CV-0343-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Notice of Voluntary Stipulated Dismissal with Prejudice. ECF No. 97. The parties agree to dismissing all claims and counterclaims asserted in this action with prejudice and without an award of costs or attorneys' fees to any party. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims and counterclaims asserted in this action are **DISMISSED** with prejudice and without an award of costs or attorneys' fees to any party.

2. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED May 2, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2