AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ADM MILLING CO.,<br>*Plaintiff*<br>v.<br>COLUMBIA PLATEAU PRODUCERS, L.L.C.,<br>d/b/a SHEPHERD'S GRAIN, and GRAIN CRAFT INC.,<br>*Defendant* | ) ) ) ) ) )  Civil Action No.  2:20-CV-0343-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims and counterclaims asserted in this action are DISMISSED with prejudice and without an award of costs or attorneys' fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

on the parites' Notice of Voluntary Stipulated Dismissal with Prejudice.  ECF No. 97.

Date:  May 2, 2022

*CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry